IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DONNA M. KOZAK,<br><br>           Defendant. | 8:12CR344<br><br>ORDER OF RECUSAL AND REQUEST<br>FOR REASSIGNMENT |

This matter is before the Court on its own motion. Upon reviewing the record in this case,

IT IS ORDERED that the undersigned Judge is recused from this case under 28 U.S.C. § 455(a).

Dated this 19th day of October, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge