IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                    **8:12CR344**

          vs.

DONNA M. KOZAK,                                          **AMENDED ORDER OF**
                                                                  **REASSIGNMENT**

                    Defendant.


          IT IS ORDERED that, in light of Chief Judge Smith Camp's recusal, this case is

reassigned from Chief District Judge Laurie Smith Camp to District Judge Joseph F.

Bataillon for disposition and remains assigned to Magistrate Judge Thomas D. Thalken

for judicial supervision and processing of all pretrial matters.

          Dated this 19th day of October, 2012.


                                        BY THE COURT:

                                        s/ Laurie Smith Camp
                                        Chief United States District Judge