IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR344 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONNA M. KOZAK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of defendant Donna M. Kozak (Kozak) for an extension of time in which to retain counsel. The motion was made during her appearance before the court on November 27, 2012. The oral motion was granted.

**IT IS ORDERED:**

1. Kozak's motion for an extension of time to retain counsel is granted. Kozak shall have **to on or before January 15, 2013**, in which to retain counsel.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from November 27, 2012, and January 15, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant requires additional time to adequately prepare the case, taking into consideration due diligence, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 28th day of November, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge