IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DONNA M. KOZAK,<br><br>        Defendant. | 8:12CR344<br><br>ORDER |

Pursuant to the defendant's representations on October 19, 2012, and October 26, 2012, at which times the defendant indicated her desire to retain counsel, and for good cause shown,

**IT IS ORDERED:**

1.  **The period from the defendant's first appearance on October 19, 2012, through November 27, 2012, is excludable time under the Speedy Trial Act**, 18 U.S.C. § 3161, as time given to the defendant to retain counsel and to permit the defendant adequate time to prepare for trial, taking into account the exercise of due diligence within the meaning of 18 U.S.C. § 3161(h)(7).

2.  The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

Dated this 12th day of February, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge