## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:12CR344** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DONNA MARIE KOZAK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion for a lift of the pretrial release conditions ban on visitors to the house by defendant Donna Marie Kozak (Filing No. 212). The motion is granted. Pretrial Services shall prepare a modification of the conditions of release and have the defendant sign such modification.

**IT IS SO ORDERED.**

DATED this 29th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge