IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>    v.<br><br>DONNA M. KOZAK and RANDALL DAVID DUE,<br><br>            Defendants. | **8:12CR344**<br><br>**ORDER** |

This matter is before the court on its own motion. The court has received an oral report with respect to defendant Randall Due's mental evaluation. The evaluation has been completed, a written report is forthcoming, and the defendant should be returned to the District of Nebraska for further proceedings. Additionally, codefendant Donna M. Kozak has filed a Writ of Habeas Corpus Ad Testificandum for the defendant's presence during his codefendant's trial (Filing No. 418). Randall Due's testimony is expected on August 1, 2014.

THEREFORE, IT IS ORDERED:

1. The defendant Randall Due is ordered returned to the custody of the United States Marshal for return to Omaha, Nebraska.

2. The United States Marshal's Service shall arrange to securely transport the defendant to the District of Nebraska for further proceedings as soon as possible.

DATED this 22nd day of July, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge